IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-cv-454-FL

| SHEILA HYNES, | : |  |
|---|---|---|
|  | : |  |
| Plaintiff, | : |  |
| v. | : |  |
|  | : | **ORDER** |
|  | : |  |
| NEW YORK LIFE INSURANCE COMPANY, | : |  |
|  | : |  |
| Defendant. | : |  |

This matter is before the Court on the motion of the Plaintiff to dismiss this matter without prejudice. As there is no objection from the Defendant, it is hereby ORDERED that this action is dismissed without prejudice.

This the 24th day of September, 2015.

*[signature]*

United States District Court
For the Eastern District of North Carolina